# IN THE SUPREME COURT OF THE STATE OF NEVADA

LYNITA SUE NELSON,
INDIVIDUALLY, AND IN HER
CAPACITY AS INVESTMENT TRUSTEE
OF THE LYNITA S. NELSON NEVADA
TRUST DATED MAY 30, 2001,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF CLARK;
AND THE HONORABLE FRANK P.
SULLIVAN, DISTRICT JUDGE,
Respondents,
and
ERIC L. NELSON, INDIVIDUALLY,
AND IN HIS CAPACITY AS
INVESTMENT TRUSTEE OF THE ERIC
L. NELSON NEVADA TRUST DATED
MAY 30, 2001; AND MATT KLABACKA,
DISTRIBUTION TRUSTEE OF THE
ERIC L. NELSON NEVADA TRUST
DATED MAY 30, 2001,
Real Parties in Interest.

No. 77254

FILED

DEC 13 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DENYING PETITION FOR A WRIT OF MANDAMUS

This original petition for a writ of mandamus challenges district court orders regarding the tracing of assets in a divorce. Having considered the petition and appendices filed in this matter, we are not convinced that our extraordinary and discretionary intervention is warranted ~~as petitioner's arguments are defeated by this court's prior opinion in Klabacka v. Nelson, 133 Nev. 164, 394 P.3d 940 (2017).~~ See NRS 34.160; *Halverson v. Miller*, 124 Nev. 484, 487, 186 P.3d 893, 896 (2008)

*Order Amended 2-1-19.*
*The following is removed:*
*"as .... (2017)."*

18-908500

SUPREME COURT
OF
NEVADA

(O) 1947A

(recognizing that the decision to issue a writ of mandamus "is solely within this court's discretion" and that petitioner bears the burden to establish that such extraordinary relief is appropriate). We therefore

ORDER the petition DENIED.

_____, J.
Pickering

_____, J.
Gibbons

_____, J.
Hardesty

cc:    Hon. Frank Sullivan, District Judge
       The Dickerson Karacsonyi Law Group
       Solomon Dwiggins & Freer, Ltd.
       Rhonda K. Forsberg, Chtd.
       Eighth Judicial District Clerk